**Keith S. Dubanevich**, OSB No. 975200
Email: kdubanevich@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

*Attorneys for Plaintiff*

**Rachel C. Lee,** OSB No. 102944
Email:  rachel.lee@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:    (503) 224-3380
Facsimile:    (503) 220-2480

*Attorneys for Defendant*

[Additional Counsel of Record Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RANDALL BETTISON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>            Defendant. | Case No. 3:18-cv-01065-JR<br><br>ORDER OF DISMISSAL RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Randall Bettison and Defendant Sirius XM Radio, Inc. (collectively, "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated

Page 1 – ORDER RE**:** JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

settlement executed by them, that the above-captioned action may be and hereby is dismissed without prejudice.

DATED this 12th day of June, 2020.

| | |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C.<br><br>By: s/ Keith S. Dubanevich<br>    **Keith S. Dubanevich**, OSB No. 975200<br>    Email: kdubanevich@stollberne.com<br><br>209 S.W. Oak Street, Suite 500<br>Portland, Oregon 97204<br>Telephone:  (503) 227-1600<br>Facsimile:   (503) 227-6840<br><br>*Attorneys for Plaintiff* | STOEL RIVES LLP<br><br>By: s/ Rachel C. Lee<br>    **Rachel C. Lee**, OSB No. 102944<br>    Email: rachel.lee@stoel.com<br><br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone:  (503) 224-3380<br>Facsimile:   (503) 220-2480<br><br> -And-<br><br>**Thomas Demitrack** (admitted *pro hac vice*)<br>Email: tdemitrack@jonesday.com<br>**Calland Ferraro** (admitted *pro hac vice*)<br>Email: cferraro@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone:  (216) 586-3939<br>Facsimile:   (216) 579-0212<br><br> -And-<br><br>**Lee A. Armstong** (admitted *pro hac vice*)<br>Email: laarmstrong@jonesday.com<br>**Allison L. Waks** (admitted *pro hac vice*)<br>Email: awaks@jonesday.com<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:   (212) 755-7306<br><br>*Attorneys for Sirius XM Radio Inc.* |

Page 2 – ORDER RE**:** JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

## ORDER

The above application is GRANTED, and it hereby ORDERED that the above-captioned matter is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED this 15th day of June, 2020.

      /s/ Jolie A. Russo
Hon. Jolie A. Russo
U.S. Magistrate Judge

Page 3 – ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE